United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40423
Conference Calendar
_____

BERNARD VINCENT MONTGOMERY,

                                        Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:03-CV-61
--------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Bernard Vincent Montgomery, federal prisoner # 53653-146,

appeals the district court's dismissal of his 28 U.S.C. § 2241

petition challenging the validity of his convictions for

methamphetamine manufacture, importation, and distribution.  He

asserts that his sentence is invalid in light of Jones v. United

States, 526 U.S. 227 (1999).  Because Montgomery is challenging

the method by which his sentence was calculated, rather than the

execution of his sentence, the district court correctly construed

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

his petition as a 28 U.S.C. § 2255 motion.  See Jeffers v. Chandler, 253 F.3d 827, 830 (5th Cir.), cert. denied, 534 U.S. 1001 (2001).  Montgomery has not established that his Jones claim satisfies the test for filing a 28 U.S.C. § 2241 petition under the "savings clause" of 28 U.S.C. § 2255.  See Jones, 526 U.S. at 251 n.11; see also Wesson v. U.S. Penitentiary Beaumont, Tex., 305 F.3d 343, 347-48 (5th Cir. 2002), cert. denied, 123 S. Ct. 1374 (2003); In re Tatum, 233 F.3d 857, 859 (5th Cir. 2000).  The judgment of the district court is AFFIRMED.